**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*Fort Lauderdale Division*
www.flsb.uscourts.gov

In re:

| | |
|---|---|
| **ANDREW S. POLLACK,** | Case No.   **17-22920-JKO** |
| Debtor. | Chapter 7 |
| _____/ | |
| **ANDREW S. POLLACK,** | **ADVERSARY PROCEEDING** |
| | **CASE NO. 17-01452-JKO** |
| Plaintiff**,** | |
| **V.** | |
| **UNITED STATES OF AMERICA,** | |
| (Department of the Treasury, | |
| Internal Revenue Service**),** | |
| Defendant**.** | |
| _____/ | |

**CERTIFICATE OF SERVICE**

  I, Peter E. Shapiro, Esq., hereby certify that on November 22, 2017, service of the Complaint [CP #1], the Summons [CP #2] and this Court's Order Setting Filing and Disclosure Requirements for Pretrial and Trial [CP#3]  was made by regular, first-class United States mail, postage fully pre-paid as follows:

 Internal Revenue Service
 PO Box 21126
 Philadelphia, PA 19144-0326

 Internal Revenue Service
 PO Box 17167
 Stop 5760
 Fort Lauderdale, FL 33324

 Honorable William Sessions
 US Attorney General
 950 Pennsylvania Avenue
 #4400
 Washington, DC 20530

 Special Assistant US Attorney
 1000 S. Pine Island Road, #300
 Fort Lauderdale, FL 33324

Honorable Benjamin Greenberg
United States Attorney
Southern District of Florida
500 E. Broward Blvd
Fort Lauderdale, FL 33394

Dated: November 21, 2017

By: /s/ Peter E. Shapiro
Peter E. Shapiro
Florida Bar No. 615511
**SHAPIRO LAW**
*Attorneys for Plaintiff*
8551 West Sunrise Boulevard
Suite 300
Plantation, FL 33322
Phone: (954) 315-1157
pshapiro@shapirolawpa.com