UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

ANDREW S. POLLACK,                               Case No.: 17-22920-JKO
                                                 Chapter 7
    Debtor
_____/
ANDREW S. POLLACK,

    Plaintiff,
v.

UNITED STATES OF AMERICA,                        Adv. No.: 17-01452-JKO

    Defendant.
_____/

**UNITED STATES' ANSWER TO DEBTOR'S COMPLAINT**

Defendant, United States of America, by and through undersigned counsel, answers and responds to the Adversary Complaint in the above adversary action as follows:

1. Admitted.

2. Admitted.

3. Admitted, and the United States consents to entry of final orders or judgment by the Bankruptcy Court.

4. Admitted except that the Department of Treasury and Internal Revenue Service are not proper party defendants.

5. Admitted.

1

## COUNT ONE

6. Admitted.

7. The United States admits that the IRS is listed as a creditor on Plaintiff's bankruptcy schedules, and that Plaintiff owes unpaid income taxes, penalties and interest for the tax years 2003-2006. The United States denies that Plaintiff's schedules accurately reflect the amount Plaintiff owes.

8. The United States lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 8, and therefore denies them.

9. Admitted.

10. Admitted.

11. Admitted.

12. The United States admits that Plaintiff's taxes are not excepted from discharge by 11 U.S.C. §§ 523(a)(1)(A) or (B) but lacks sufficient knowledge or information to form a belief as to whether Plaintiff's tax debts might be excepted from discharge by 11 U.S.C. § 523(a)(1)(C).

## COUNT TWO

13. The United States incorporates by reference its responses to paragraphs 1 through 12 of the complaint.

14-15. The United States admits that its federal tax lien - which arose upon assessment of Plaintiff's tax debts - attaches to "all property and rights to property, whether real or personal, belonging to" Plaintiff prior to the bankruptcy petition's filing as well as any exempt, abandoned and excluded property of the bankruptcy estate as of the petition date. The United States lacks sufficient knowledge or information to form a belief as to the

truth of the remaining allegations contained in paragraphs 14-15, and therefore denies them.

16. Denied.

WHEREFORE, the Court should determine whether Plaintiff's income tax debts for 2003-2006 are excepted from discharge, deny the relief sought in Count II and grant such other and further relief as it deems appropriate.

Dated: December 18, 2017

                              Respectfully submitted,

                              RICHARD E. ZUCKERMAN
                              Principal Deputy Assistant Attorney General
                              Tax Division

By:   */s/ Pascale Guerrier*
        Pascale Guerrier
        Trial Attorney, Tax Division
        U.S. Department of Justice
        555 4th Street, N.W., Room 6223
        Washington, D.C.  20001
        Telephone:  (202) 353-1978
        Telecopier:  (202) 514-4963
        E-mail:Pascale.Guerrier@usdoj.gov

Of Counsel:

BENJAMIN G. GREENBERG
Acting United States Attorney
Southern District of Florida
99 NE 4th Street
Miami, FL 33132
Telephone: (305) 961-9000
Telecopier: (305) 530-7087

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on December 18, 2017, a true and correct copy of the foregoing was served via U.S. First Class mail upon the following parties:

Peter Shapiro, Esquire  
Shapiro Law  
8851 West Sunrise Boulevard  
Suite 300  
Plantation, FL 33322

                                        By: */s/ Pascale Guerrier*  
                                            Pascale Guerrier