

**ORDERED in the Southern District of Florida on June 13, 2018.**

_____
**John K. Olson, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

| | |
|---|---|
| ANDREW S. POLLACK, | Case No.: 17-22920-JKO |
| | Chapter 7 |
| Debtor | |
| _____/ | |
| ANDREW S. POLLACK, | |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | Adv. No.: 17-01452-JKO |
| Defendant. | |
| _____/ | |

## ORDER GRANTING SECOND JOINT MOTION TO CONTINUE
## PRE-TRIAL CONFERENCE AND RELATED DEADLINES

THIS MATTER came before the Court, without hearing, on the *Second Joint Motion To Continue Pre-Trial Conference And Related Deadlines* ("Motion") filed on behalf of the parties, and having considered the United States' Motion;

IT IS ORDERED that the Motion is GRANTED and the pre-trial conference on calendar for July 25, 2018 is continued by **90 days** or until  October 24 , 2018, at  9:30  a.m., at the U.S. Bankruptcy Court for the Southern District of Florida, Federal Building, 299 E Broward Blvd, Room 301, Fort Lauderdale, Florida 33301.

IT IS ALSO ORDERED that any related deadlines are extended in accordance with the rescheduled pre-trial conference date.

# # #

Submitted by and Copy furnished to:

Pascale Guerrier
Trial Attorney, Tax Division
U.S. Department of Justice
555 4th Street, N.W., Room 6223
Washington, D.C.  20001
Telephone:  (202) 353-1978
Telecopier:  (202) 514-4963
E-mail:Pascale.Guerrier@usdoj.gov

(Attorney Guerrier shall serve a copy of this order on all parties listed below immediately upon receipt and file a certificate of service)

Peter Shapiro, Esquire
Shapiro Law
8851 West Sunrise Boulevard
Suite 300
Plantation, FL 33322