```
                          United States Bankruptcy Court
                          Southern District of Florida

Pollack,
        Plaintiff                                         Adv. Proc. No. 17-01452-JKO

United States of America,
        Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 113C-0          User: groomsd              Page 1 of 1         Date Rcvd: Aug 09, 2018
                              Form ID: pdf005            Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2018.
ust            +United States Trustee - FTM7/13,   Timberlake Annex, Suite 1200,   501 E Polk Street,
                 Tampa, FL 33602-3949

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Aug 10 2018 01:09:19     Office of the US Trustee,
                 51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
ust            +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Aug 10 2018 01:09:31     U.S. Trustee,
                 Office of the United States Trustee,   J. Caleb Boggs Federal Building,
                 844 King Street, Suite 2207,   Lockbox 35,   Wilmington, DE 19801-3519
ust            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 10 2018 01:09:31     U.S. Trustee.,
                 US Dept of Justice,   Office of the US Trustee,   One Newark Center Ste 2100,
                 Newark, NJ 07102-5235
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Aug 10 2018 01:09:20
                 United States Trustee (cabrera),   Office of the United States Trustee,
                 75 Ted Turner Dr., Suite 362,   Atlanta, GA 30303-3330
ust            +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Aug 10 2018 01:08:55
                 United States Trustee (davis),   Office of the United States Trustee,
                 George C Young Federal Building,   400 West Washington Street, Suite 1100,
                 Orlando, FL 32801-2210
ust            +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Aug 10 2018 01:08:55
                 United States Trustee - (ennever),   Office of the United States Trustee,
                 George C Young Federal Building,   400 West Washington Street, Suite 1100,
                 Orlando, FL 32801-2210
ust            +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Aug 10 2018 01:08:55
                 United States Trustee - ORL,   Office of the United States Trustee,
                 George C Young Federal Building,   400 West Washington Street, Suite 1100,
                 Orlando, FL 32801-2210
ust            +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Aug 10 2018 01:08:55
                 United States Trustee - ORL7/13,   Office of the United States Trustee,
                 George C Young Federal Building,   400 West Washington Street, Suite 1100,
                 Orlando, FL 32801-2210
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust*           +United States Trustee - ORL7/13,   Office of the United States Trustee,
                 George C Young Federal Building,   400 West Washington Street, Suite 1100,
                 Orlando, FL 32801-2210
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2018 at the address(es) listed below:
              Pascale Guerrier    on behalf of Defendant    United States of America pascale.guerrier@usdoj.gov
              Peter E. Shapiro, Esq.    on behalf of Plaintiff Andrew S. Pollack pshapiro@shapirolawpa.com
                                                                                             TOTAL: 2
```



**ORDERED in the Southern District of Florida on August 8, 2018.**

**John K. Olson, Judge
United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

In re:

ANDREW S. POLLACK,                              Case No.: 17-22920-JKO
                                                Chapter 7
    Debtor

_____/
ANDREW S. POLLACK,

    Plaintiff,
v.

UNITED STATES OF AMERICA,                       Adv. No.: 17-01452-JKO

    Defendant.
_____/

## ORDER OF DISMISSAL OF ADVERSARY PROCEEDING

THIS MATTER came before the Court, without hearing, on the *Joint Stipulation of Dismissal of Adversary Complaint* filed on behalf of the parties, and premises considered;

IT IS ORDERED that the above-styled Adversary action is DISMISSED with prejudice.

# # #

Submitted by and Copy furnished to:

Pascale Guerrier
Trial Attorney, Tax Division
U.S. Department of Justice
555 4th Street, N.W., Room 6223
Washington, D.C.  20001
Telephone:  (202) 353-1978
Telecopier:  (202) 514-4963
E-mail:Pascale.Guerrier@usdoj.gov

(Attorney Guerrier shall serve a copy of this order on all parties listed below immediately upon receipt and file a certificate of service)

Peter Shapiro, Esquire
Shapiro Law
8551 West Sunrise Boulevard
Suite 300
Plantation, FL 33322

Leslie S Osborne, Esquire
1300 N. Federal Hwy #203
Boca Raton, FL 33432